468 A.2d 845

Commonwealth v. Addeo, Appellant.

Submitted May 2, 1983. Mary McNeill Zell, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, President Judge, McEWEN and HOFFMAN, JJ.

Judgment of sentence affirmed.

468 A.2d 845

Commonwealth v. Boglin, Appellant.

Argued October 4, 1983. Jeffrey Toaltoan, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WIEAND and LIPEZ, JJ.

Judgment of sentence affirmed.